Todd C. Toral (SBN 197706)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Counsel for Kurt F. Gwynne, Chapter 11
Trustee for Nominal Defendant
QUINTUS CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BRENNAN, on behalf of Nominal Defendant QUINTUS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BURKE, ALAN K. ANDERSON, SUSAN SALVESEN, PAUL H. BARTLETT, ANDREW BUSEY, FREDERIC W. HARMAN, WILLIAM HERMAN, ALEXANDER ROSEN, ROBERT W. SHAW, and JEANNE WOHLERS,<br><br>Defendants,<br><br>-and-<br><br>QUINTUS CORPORATION,<br><br>Nominal Defendant. | CASE NO.: C-01-0327 VRW<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER THEREON |

This Stipulation of Voluntary Dismissal With Prejudice (the "Stipulation") is made this 5th day of December, 2006, by and among James Brennan (the "Plaintiff"), John Burke, Alan K. Anderson, Susan Salvesen, Paul H. Bartlett, Andrew Busey, Frederic W. Harman, William Herman, Alexander Rosen, Robert W. Shaw, and Jeanne Wohlers (collectively, the "Defendants"), and Kurt F. Gwynne, Chapter 11 Trustee (the "Trustee") of Quintus Corporation (the "Nominal Defendant", and collectively with the Plaintiff, Defendants, and Trustee, the "Parties"), by and through their undersigned counsel.

WHEREAS, on February 22, 2001, the Nominal Defendant filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, pursuant to Section 541(a)(1) of the Bankruptcy Code, all derivative actions became property of the Nominal Defendant's bankruptcy estate. See In re General Dev. Corp., 179 B.R. 335, 338 (S.D.Fla. 1995) ("A corporation's filing for bankruptcy cuts off a shareholder's ability to bring a derivative claim. The commencement of a bankruptcy case creates an estate for the benefit of creditors which encompasses 'all legal or equitable interests of the debtor in property as of the commencement of the case.' 11 U.S.C. § 541(a)(1). The bankruptcy estate includes all legal claims owned by corporate debtor, including derivative actions brought by shareholders. Matter of Consolidated Bancshares, 785 F.2d 1249, 1253-54 (5th Cir. 1986); Mitchell Excavators, Inc. v. Mitchell, 734 F.2d 129, 131 (2d Cir. 1984).");

WHEREAS, only the Trustee has standing to pursue claims or actions, including derivative actions, that are property of the Nominal Defendant's bankruptcy estate. See General Dev. Corp., 179 B.R. at 338-39 ("While normally the fiduciary obligation of officers, directors and shareholders 'is enforceable directly by the corporation or through a stockholder's derivative action, it is, in the event of bankruptcy of the corporation, enforceable by the trustee.' Pepper v. Litton, 308 U.S. 295, 306-07, 60 S.Ct. 238, 245, 84 L.Ed. 281 (1939). Only the trustee, then, has standing to prosecute derivative claims."); Cohen v. Northwestern Growth Corp., 385 F.Supp.2d 935, 964 D.S.D. 2005) ("Although Plaintiffs may normally have the ability to bring a derivative claim in certain situations, a corporation's filing for bankruptcy cuts off a shareholder's ability to bring a derivative claim. Only the bankruptcy trustee has standing to pursue a derivative claim.") (citations omitted);

WHEREAS, on January 4, 2006, the Bankruptcy Court entered the Order (I) Approving Disclosure Statement for the Joint Plan of Liquidation of the Chapter 11 Trustee and the Official Committee of Equity Security Holders; (II) Establishing Voting and Vote Tabulation Procedures; (III) Establishing Voting Deadline and Deadline for Objections to the Plan; (IV) Fixing Record Date for Voting on the Plan; (V) Approving Plan Solicitation Package; and (VI) Scheduling Hearing to Confirmation Plan;

WHEREAS, on March 2, 2006, the Trustee and the Official Committee of Equity Security Holders for Quintus Corporation filed the Modified First Amended Joint Plan of Liquidation of the Chapter 11 Trustee and the Official Committee of Equity Security Holders (Dated March 1, 2006) (the "Confirmed Plan");

WHEREAS, on March 6, 2006, the Bankruptcy Court entered the Findings of Fact and Conclusions of Law and Order Confirming the Modified First Amended Joint Plan of Liquidation of the Chapter 11 Trustee and the Official Committee of Equity Security Holders (Dated March 1, 2006) (the "Confirmation Order");

WHEREAS, Article 7.1.9(b) of the Confirmed Plan provides that the above-captioned derivative action filed nominally on behalf of the Nominal Defendant shall be dismissed on or before the date the Confirmed Plan becomes effective.  See generally Seinfeld v. Allen, 2005 WL 1231644, at *3-4 (S.D.N.Y. May 25, 2005) (derivative actions remain property of the reorganized debtor pursuant to its chapter 11 plan).

NOW, THEREFORE, the Parties hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. The above-captioned action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

2. Each party shall bear their own costs and fees.

Dated: November 22, 2006

SPECTOR ROSEMAN &
KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

By: _____
Robert M. Roseman

Counsel for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: October 16, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 3 | | Telephone: (650) 493-9300 |
| 4 | | By: /s/ Peri Nielsen |
| | | Peri Nielsen |
| 5 | | Counsel for Defendants JOHN BURKE, |
| 6 | | PAUL H. BARTLETT, ANDREW BUSEY, FREDERIC W. HARMAN, WILLIAM |
| 7 | | HERMAN, ALEXANDER ROSEN, ROBERT W. SHAW, and JEANNE |
| 8 | | WOHLERS |
| 9 | Dated: October ___, 2006 | HELLER EHRMAN LLP |
| | | 333 Bush Street |
| 10 | | San Francisco, CA 94104 |
| | | Telephone: (415) 772-6475 |
| 11 | | By: _____ |
| 12 | | Sara B. Brody |
| 13 | | Counsel for Defendant SUSAN SALVESEN |
| 14 | Dated: October ___, 2006 | O'MELVENY & MYERS LLP |
| | | Embarcadero Center West |
| 15 | | 275 Battery Street, 26th Floor |
| | | San Francisco, CA 94111 |
| 16 | | Telephone: (415) 984-8876 |
| 17 | | By: _____ |
| | | Michael F. Tubach |
| 18 | | Counsel for Defendant ALAN K. ANDERSON |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | Dated: October ___, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road |
| 2 | | Palo Alto, CA 94304<br>Telephone: (650) 493-9300 |
| 3 | | By:_____ |
| 4 | | Peri Nielsen |
| 5 | | Counsel for Defendants JOHN BURKE,<br>PAUL H. BARTLETT, ANDREW BUSEY, |
| 6 | | FREDERIC W. HARMAN, WILLIAM<br>HERMAN, ALEXANDER ROSEN, |
| 7 | | ROBERT W. SHAW, and JEANNE<br>WOHLERS |
| 8 | Dated: October 25, 2006 | HELLER EHRMAN LLP |
| 9 | | 333 Bush Street<br>San Francisco, CA 94104 |
| 10 | | Telephone: (415) 772-6475 |
| 11 | | By: /s/ Sara Beth Brody |
| 12 | | Sara B. Brody |
| 13 | | Counsel for Defendant SUSAN SALVESEN |
| 14 | Dated: October ___, 2006 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 15 | | 275 Battery Street, 26th Floor<br>San Francisco, CA 94111 |
| 16 | | Telephone: (415) 984-8876 |
| 17 | | By:_____<br>Michael F. Tubach |
| 18 | | Counsel for Defendant ALAN K.<br>ANDERSON |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | Dated: October ___, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 3 | | Telephone: (650) 493-9300 |
| 4 | | By:_____ |
| | | Peri Nielsen |
| 5 | | Counsel for Defendants JOHN BURKE, |
| 6 | | PAUL H. BARTLETT, ANDREW BUSEY, FREDERIC W. HARMAN, WILLIAM HERMAN, ALEXANDER ROSEN, |
| 7 | | ROBERT W. SHAW, and JEANNE WOHLERS |
| 8 | Dated: October ___, 2006 | HELLER EHRMAN LLP |
| 9 | | 333 Bush Street |
| | | San Francisco, CA 94104 |
| 10 | | Telephone: (415) 772-6475 |
| 11 | | By:_____ |
| | | Sara B. Brody |
| 12 | | Counsel for Defendant SUSAN SALVESEN |
| 13 | Dated: October 25, 2006 | O'MELVENY & MYERS LLP |
| 14 | | Embarcadero Center West |
| | | 275 Battery Street, 26th Floor |
| 15 | | San Francisco, CA 94111 |
| | | Telephone: (415) 984-8876 |
| 16 | | By: /s/ Michael F. Tubach |
| 17 | | Michael F. Tubach |
| 18 | | Counsel for Defendant ALAN K. ANDERSON |

Dated: December 5, 2006

REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:  415.543.8700

By: _____
Todd C. Toral

Counsel for Kurt F. Gwynne, Chapter 11 Trustee for Nominal Defendant QUINTUS CORPORATION

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: December 8, 2006

_____
Vaughn R. Walker, Chief Judge
United States District Court for the
Northern District of California

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Ste. 2000, San Francisco, California 94111. On December 5, 2006, I served the following document(s) by the method indicated below:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER THEREON**

☐ by transmitting via facsimile on this date from fax number 415.391.8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 5, 2006, at San Francisco, California.

_____
Corinne Cadon

# SERVICE LIST

Robert M. Roseman
SPECTOR ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Counsel for Plaintiff

Peri Nielsen
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

Counsel for Defendants JOHN BURKE, PAUL H. BARTLETT, ANDREW BUSEY, FREDERIC W. HARMAN, WILLIAM HERMAN, ALEXANDER ROSEN, ROBERT W. SHAW, and JEANNE WOHLERS

Sara B. Brody
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104

Counsel for Defendant SUSAN SALVESEN

Michael F. Tubach
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111

Counsel for Defendant ALAN ANDERSON